

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| EX PARTE: LOUIE CARBAJAL, | § | No. 08-19-00238-CR |
| Appellant. | § | Appeal from the |
|  | § | 346th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2019DCV2075) |
|  | § |  |

**O R D E R**

On November 7, 2019, this Court issued an order directing the trial court to prepare and file a certification of the defendant's right to appeal. *See* Tex.R.App.P. 25(a)(2), (d). On November 15, 2019, this Court received a supplemental clerk's record containing the trial court's findings of fact and conclusions of law made on November 13, 2019. Among the findings were that the trial court dismissed an application for a writ of habeas corpus, there was no indictment or other form of charging instrument pending or filed in this case, there was no plea of guilty in this case, and there was no bench or jury trial in which a verdict of guilty or innocence was made. The trial court also stated that it was of the opinion that this order was governed by Rule 31 of the Texas Rules of Appellate Procedure (dealing with habeas corpus cases) and that the certification of appeal requirement in Tex.R.App.P. 25.2(a) and (d) did not apply.

Although the trial court is correct that Rule 31 establishes special appellate procedures for habeas corpus cases, Rule 25(a) which deals with appeals in criminal cases also requires that a trial court enter a certification of the right to appeal "each time it enters a judgment of guilt or other appealable order" in a criminal case. *See* Tex.R.App.P. 25(a). A Rule 25(a) certification is required in habeas corpus appeals. *Ex parte Tarango*, 116 S.W.3d 201, 203 (Tex.App.--El Paso 2003, no pet.). In this particular case, the trial court would be required to certify that the criminal case "is not a plea-bargain case, and the defendant has the right of appeal" under the standard certification form promulgated by the Texas Court of Criminal Appeals. *Id.*

As such, the trial court is ordered to prepare and file with the trial court clerk within

1

fifteen days from the date of this order a certification of the defendant's right of appeal as required by Tex.R.App.P. 25.2(a)(2) and 25.2(d). The trial court clerk shall prepare a supplemental clerk's record containing the certification and file it with this Court no later than December 22, 2019.

IT IS SO ORDERED this 26th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Rodriguez, J., not participating